No. 828. KUCKENBERG ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Kenneth E. Roberts* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer and Norman H. Wolfe* for respondent.

No. 890. WILLIAMS ET AL. *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. *Albert A. Goldfarb* for petitioners. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Donald T. Kane,* Assistant Attorney General, for respondent.

No. 912. GENERAL ELECTRIC CO. ET AL. *v.* ATLANTIC CITY ELECTRIC CO. ET AL. C. A. 2d Cir. Certiorari denied. *J. Courtney Ivey, Francis C. Reed, S. Hazard Gillespie, Jr., Harold F. McGuire, Porter R. Chandler, Robert W. Murray, Edgar E. Barton, Edward E. Rigney, William J. Junkerman, Joseph W. Burns, J. Francis Hayden, Robert C. Barnard, Ernest S. Meyers, William C. Blind, Albert R. Connelly* and *Jesse Climenko* for petitioners. *Louis J. Lefkowitz,* Attorney General of New York, *Milton Handler, James B. Henry, Jr., Bethuel M. Webster, David G. Bress, Merrell E. Clark, Jr., Ralph Warren Sullivan, Robert W. Gelfman, Harold E. Kohn, Sidney Goldstein, Nathaniel Fensterstock, Leo Larkin, Randall J. LeBoeuf, Jr., Horace R. Lamb, Mathias L. Spiegel* and *Clifford D. Root* for respondents.

No. 927. HEARN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Reginald G. Hearn* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer and Gilbert E. Andrews* for respondent.